IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 DEC -2 A 9:28

Gregory Lee 184070 )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )   CIVIL ACTION NO 2:05CV1143-T
 )   (To be supplied by Clerk of
Warden Furniss et al )    U.S. District Court)
Sgt. Rogea )
Lt. Copeland. )
 )
 )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES (  )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES (  )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____ N/A _____

           Defendant(s) _____ N/A _____

       2.  Court (if federal court, name the district; if
           state court, name the county) _____ N/A _____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT  Staton Correction Facility 56 Elmore AL. 36025

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Staton Correction Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden Furniss | P.O. Box 56 Elmore AL 36025 |
| 2. | Lt. Copeland | P.O. Box 56 Elmore AL 36025 |
| 3. | Sgt Roger | P.O. Box 56 Elmore AL 36025 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Nov 30, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Conspiracy to Violat Civil Right 42. U.S.C. 1985

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Nov. 30. At 7:35. I Gergory lee was standing in front of shift office when Sgt Roger came into my face began to hollow at me and pull her beton stick pull it back to hit me. when Mrs Latemore grabher and stop her from hitting me.

GROUND TWO: Conspiracy to violat civi Right 42. USC. 1985.

SUPPORTING FACTS: Nov. 30. At 7:35. & Also. L.T. Copeland himself came from behind desk in shift office pull his stick out. Mrs Latemore had to stop him from hurting me. Mr. Copeland did Conspiracy to violat my civil Right 42. U.S.C. 1985.

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Each Defendant to a paid Plaintiff $10,000 dallor each for warden to transfra inmate out of the prison camp.

_Gregory Lee_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _Nov. 30, 2005_.
(Date)

_Gregory Lee_
Signature of plaintiff(s)

4

WARDEN Forniss. P.O. Box 56. Elmore AL. 36025.

Gregory Lee 184070 )
  VS.                )
                     )  CASE NO _____
WARDEN Forniss et al. )
Sgt. Roger           )
L.T. Copeland.       )

MRS. Roger    Sgt.
P.O. Box 56 Elmore AL. 36025

Nov. 30, 2005

At 7:35. I Gregory Lee was standing in front of shift office when Sgt. Roger's came into my face began to hollow at me. And pull out her beton stick pull it back to hit me when Mrs. Latermore grab her and stop her from hitting me.

Mrs. Roger did treating, and was creul to inmate. Conspiracy to Violat Civil Right 42. U.S.C. 1985

At 7:35 Nov. 30, 2005 Mrs. Given. that asist Mrs. Roger did herself Raise her voice. pointed her finger in I (Gregory Lee face) And treating to do harm to me.

Gregory Lee

MR. L.T. Copland  L.T.
P.O. Box 56 Elmore AL, 36025

Nov. 30, 2005 At 7:35. Also L.T. Copeland. himself came from behind Desk in shift officer pull his stick out Mrs. Latermore had to stop him from hurting me. Mr. Copeland did Conspiracy to Violat Civil Right 42. U.S.C. 1985