IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV1143-WKW |
| | ) |
| WARDEN FORNISS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 16, 2005, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 20th day of January 2006.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE